IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-13

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13.  ROBERTO TREVIÑO,

    Defendant.

---

### ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Counts [Docket No. 670]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Counts [Docket No. 670] is granted. Counts 1, 4, 6, and 7 of the Indictment are dismissed as to defendant Roberto Treviño.

DATED April 14, 2014.

                                BY THE COURT:

                                _____
                                PHILIP A. BRIMMER
                                United States District Judge